# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:16-CR-00264-01-DGK |
| TYREESE THOMPSON, | ) ) | |
| Defendant. | ) ) | |

## ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS

Pending before the Court is Defendant's Motion to Suppress Illegally Obtained Evidence (Doc. 42), the Government's Opposition (Doc. 43), and United States Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. 49). Defendant filed Objections to the Report and Recommendation (Doc. 50), and the Government filed a Memorandum Opposing Defense Objections to Report and Recommendation (Doc. 52).

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, the Court hereby ORDERS that Magistrate Judge Maughmer's Report and Recommendation (Doc. 49) be ADOPTED. Defendant's Motion to Suppress (Doc. 42) is hereby DENIED. Defendant's *pro se* Motion for Continuance to File Relevant Objection to Report and Recommendation (Doc. 51) is DENIED because the Court does not ordinarily consider *pro se* motions filed by a represented party.

**IT IS SO ORDERED.**

Date: July 12, 2018

/s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT